1  Nicholas J. Bontrager, Esq. (SBN 252114)
2  Krohn & Moss, Ltd.
   5055 Wilshire Blvd., Suite 300
3  Los Angeles, CA  90025
   T: (323) 988-2400; F: (866) 802-0021
4  nbontrager@consumerlawcenter.com
   Attorney for Plaintiff,
5  RYDER GILLEN

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| RYDER GILLEN, | Case No.: 2:08-cv-02775-JAM-KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| GRANT & WEBER, | **Fed. R. Civ. P. 41(a)(1)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, RYDER GILLEN and Defendant, GRANT & WEBER, stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RYDER GILLEN, against Defendant, GRANT & WEBER, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

Dated:      7/6/09        KROHN & MOSS LTD

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | /s/ Nicholas J. Bontrager |
| 2 | Nicholas J. Bontrager, Esq.<br>Attorney for Plaintiff, |
| 3 | RYDER GILLEN |

Dated:       7/6/09         HEFNER, STARK & MAROIS, LLP

/s/ Ronald H. Sargis
Ronald H. Sargis
Attorney for Defendant,
Grant & Weber


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  October 21, 2009

/s/ John A. Mendez
The Honorable Judge
John A. Mendez
United States District Judge

2

Stipulation of Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com